IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PAUL BOYNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:22cv905 (MSN/WEF) |
| ) | |
| MICHAEL SPONHEIMER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| ) | |
| PAUL BOYNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:22cv1021 (MSN/WEF) |
| v. ) | |
| ) | |
| SAMANTHA MCCORD ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on its own initiative.

Over the past several weeks, <u>pro se</u> plaintiff Paul Boyne ("plaintiff") has engaged in a pattern of harassing phone calls to Clerk's Office and Chambers staff. The conduct has included repetitive calls to complain about court rulings or to ask for inappropriate advice. Because the plaintiff's calls were becoming so belligerent and time-consuming, the district judge handling these civil actions advised the Clerk's Office not to engage with plaintiff on the telephone, and instead to simply advise him to submit his issues in writing and end the call. When a case manager followed this procedure, plaintiff called her a "f***ing b****." He also has been harassing Chambers staff, telling one law clerk to "go f*** yourself."

To make it crystal clear to plaintiff that the Clerk's Office and Chambers staff are acting in accordance with judicial authorization, it is hereby

ORDERED that plaintiff cease and desist phoning Court staff with repetitive, inappropriate, and harassing phone calls; and it is further

ORDERED that all Clerk's Office and Chambers staff are directed not to engage with this plaintiff should he telephone them, and instead simply respond along the lines of "Mr. Boyne, please submit your concern in writing. Goodbye" and end the phone call.

Nothing in this Order prevents plaintiff from filing appropriate written requests for relief.

The Clerk is directed to forward copies of this Order to plaintiff, Paul Boyne, pro se, Chief Judge Mark S. Davis, all Alexandria Judges and their staff, all Clerk's Office staff, and the United States Marshals Service.

Entered this 23rd day of September, 2022.

Alexandria, Virginia

/s/ 
Leonie M. Brinkema
United States District Judge

2