# U.S. DISTRICT COURT EASTERN VIRGINIA
Alexandria



| | |
|---|---|
| PAUL BOYNE<br>*Plaintiff,*<br>v.<br>MICHAEL SPONHEIMER,<br>*Defendant.* | 1:22-cv-905-MSN-WEF |
| PAUL BOYNE<br>*Plaintiff,*<br>v.<br>SAMANTHA McCORD,<br>*Defendant.* | 1:22-cv-1021-MSN-WEF |

## MOTION TO DISQUALIFY

The undersigned demands the immediate disqualification/recusal of USDJ Nachmanoff for cause of demonstrated misconduct in violation of judicial code of conduct for his silly antics of directing discriminatory and prejudicial conduct of clerk office staff against the public. Nachmanoff violates Canon1 by conduct that undermines the integrity of the court, such childish behaviour of a sitting judge violates Canon2, willful impropriety not a judicial function, public abuse violates Canon3, as Nachmanoff fails to perform duties fairly, impartially, or diligently.

Such misconduct of Nachmanoff, instructing incompetent employees to engage in federally proscribed behaviour against the public, is sufficient to require disqualification in the instant matter, as plaintiff is the target of Nachmanoff's immature directives. Disqualification a statutory requirement of 28 USC §455(a),

impartiality reasonably questioned, further specific of §455(b)(1) for his demonstrated bias and prejudice against plaintiff.

Brinkema,J identifies Nachmanoff as the culprit in her order [15], which describes Nachmanoff's childish retaliation for complaints of federal criminal activity, 18 USC §2017, by employees Judith Lanham and Dana VanMetre, for intentional acts to conceal/obliterate/mutilate/destroy records of the court file. WHEREFORE, Nachmanoff to recuse/disqualify himself for cause.

28 September 2022				Paul Boyne